J. ERVIN CHASE v. OLIVER P. CARTER.

May 22, 1899.

Nos. 11,679—(145).

**Appeal—Review of Ruling—Return—Verdict or Judgment.**

In order to review a ruling made on the trial below, the return to this court must contain the verdict, if one there was, or the decision of the court, if made, or, if a judgment has been entered, what it is.

From an order of the district court for Hennepin county, McGee, J., denying a motion for a new trial, plaintiff appealed. Affirmed.

*Robert A. Eaton,* for appellant.

*Hendrix & Merritt,* for respondent.

PER CURIAM.

The return in this appeal fails to show in what manner the case was disposed of on the trial. It does not contain the verdict, if one there was, or the decision of the court, if made, or, if a judgment has been entered, what it is. On such an incomplete and defective record, the appellant is not entitled to be heard upon his exception to the rulings of the court assigned as error. Anderson v. Kittell, 37 Minn. 125, 33 N. W. 330.

Order affirmed.